**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIELSEN CONSUMER LLC,<br>Plaintiff,<br><br>v.<br><br>CIRCANA, LLC,<br>Defendant. | Civil Action No.: 1:24-cv-08491<br><br>Judge: Hon. Steven C. Seeger |

**PLAINTIFF NIELSEN CONSUMER LLC'S MOTION TO COMPEL**

Plaintiff Nielsen Consumer LLC, for the reasons stated in its Memorandum in Support of its Motion to Compel, respectfully requests the Court find that there is no bifurcation between custodial and noncustodial discovery; compel Circana to produce within 30 days the documents responsive to NIQ's "Go-Get Requests" (as referenced in and attached to the Memorandum in Support); and clarify that if Circana and/or its representatives are aware of responsive documents, Circana must produce the documents.

Dated: June 16, 2025

Respectfully submitted,

*By: /s/ Sartouk H. Moussavi*

THOMPSON COBURN LLP
Michael A. Parks, Il. Bar No. 6217230
Sartouk H. Moussavi, Il. Bar No. 6313554
Brendan M. Bement, Il. Bar No. 6338045
55 E. Monroe Street, 37th Floor
Chicago, Illinois 60603
P: (312) 346-7500, F: (312) 580-2201
mparks@thompsoncoburn.com
smoussavi@thompsoncoburn.com
bbement@thompsoncoburn.com

Matthew A. Braunel, Il. Bar No. 6276394
Justin P. Mulligan, Il. Bar No. 6319388
One US Bank Plaza

St. Louis, MO 63101
P: (314) 552-6000, F: (314) 552-7000
mbraunel@thompsoncoburn.com
jmulligan@thompsoncoburn.com

KELLOGG HANSEN TODD FIGEL &
FREDERICK PLLC
John Thorne (*pro hac vice*)
James M. Webster (*pro hac vice*)
Joseph S. Hall (*pro hac vice*)
1615 M Street, NW, Suite 400
Washington, DC 20036
P: (202) 326-7900, F: (202) 326-7999
jthorne@kellogghansen.com
jwebster@kellogghansen.com
jhall@kellogghansen.com

*Attorneys for Plaintiff Nielsen Consumer LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 16, 2025.

*/s/ Sartouk Moussavi*