**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nielsen Consumer LLC

Plaintiff,

v.

Case No.: 1:24−cv−08491
Honorable Steven C. Seeger

Circana, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' Joint Status Report and Joint Motion for Status Conference [139].The parties report that both sides are working diligently to advance discovery. Any discovery disagreements or requests for extensions of time shall be brought by the appropriate motion. The motion for a status conference is denied. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.